## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                       **JUDGMENT IN A CIVIL CASE**

**JOHN TEETS,**

                                                    CASE NO: **2:14–CV–01360–KJM–DAD**

      v.

**GREAT–WEST LIFE ANNUITY
INSURANCE COMPANY,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/21/14**

                                                      **Marianne Matherly**
                                                      Clerk of Court

    ENTERED: **August 21, 2014**

                                                    by: /s/ R. Becknal
                                                             Deputy Clerk